DARRIN M. MENEZES (SBN 202729)
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:  916.558.6000
Facsimile:  916.446.1611
Email:   dmenezes@weintraub.com

JOSEPH E. LEHNERT (OH SBN 089492) Pro Hac Vice (To Be Submitted)
JASON V. STITT (OH SBN 078513) Pro Hac Vice (To Be Submitted)
LAURA G. RAI (OH SBN 102268) Pro Hac Vice (To Be Submitted)
Keating Muething & Klekamp PLL
One East 4th Street, Suite 1400
Cincinnati, OH 45202
Telephone:  (513) 579-6400
Facsimile:  (513) 579-6457
Email:   jlehnert@KMKLAW.com
         jstitt@KMKLAW.com

Attorneys for Defendant,
EQUAL ACCESS JUSTICE FUND LP

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRALES LAW PC, a California Professional Corporation; MANUEL CORRALES, JR., a California Resident.<br><br>Plaintiffs,<br><br>vs.<br><br>EQUAL ACCESS JUSTIVE FUND LP, a Delaware Limited Partnership; B.E. BLANK COMPANY LP, a Delaware Limited; BEB PARTNERS LLC, a limited liability corporation; BENJAMIN E. BLANK, a Florida Resident,<br><br>Defendants. | Case No.: 25CV1834 JLS MMP<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:  Honorable Janis L. Sammartino<br><br>Complaint Filed:  July 18, 2025 |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2)(A), Defendants hereby name and identify the citizenship of every individual or entity whose citizenship is attributed to it.

Equal Access Justice Fund LP is a limited partnership organized under the laws of the State of Delaware. None of its general or limited partners are citizens of the State of California.

B.E. Blank Co. LP is a limited partnership organized under the laws of the State of Delaware. None of its general or limited partners are citizens of the State of California.

BEB Partners LLC is a limited liability company organized under the laws of the State of Delaware. None of its members or managers are citizens of the State of California.

Benjamin E. Blank is an individual person residing in the State of Florida.

Dated: August 12, 2024

**weintraub tobin** chediak coleman grodin
LAW CORPORATION

By: */s/ Darrin M. Menezes*
Darrin M. Menezes
Attorneys for Defendant
EQUAL ACCESS JUSTICE FUND LP