```
 1  DARRIN M. MENEZES (SBN 202729)
    weintraub tobin chediak coleman grodin
 2  LAW CORPORATION
    400 Capitol Mall, 11th Floor
 3  Sacramento, California 95814
 4  Telephone:  916.558.6000
    Facsimile:  916.446.1611
 5  Email:      dmenezes@weintraub.com
 6
 7  JOSEPH E. LEHNERT (OH SBN 089492) Pro Hac Vice (To Be Submitted)
    JASON V. STITT (OH SBN 078513) Pro Hac Vice (To Be Submitted)
 8  LAURA G. RAI (OH SBN 102268) Pro Hac Vice (To Be Submitted)
    Keating Muething & Klekamp PLL
 9  One East 4th Street, Suite 1400
10  Cincinnati, OH 45202
11  Telephone:  (513) 579-6400
    Facsimile:  (513) 579-6457
12  Email:      jlehnert@KMKLAW.com
                jstitt@KMKLAW.com
13
14  Attorneys for Defendants, EQUAL ACCESS JUSTICE FUND LP
    B.E. BLANK COMPANY LP, BEB PARTNERS LLC, and BENJAMIN E. BLANK
15
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRALES LAW PC, a California Professional Corporation; MANUEL CORRALES, JR., a California Resident. <br><br> Plaintiffs, <br><br> vs. <br><br> EQUAL ACCESS JUSTICE FUND LP, a Delaware Limited Partnership; B.E. BLANK COMPANY LP, a Delaware Limited; BEB PARTNERS LLC, a limited liability corporation; BENJAMIN E. BLANK, a Florida Resident, <br><br> Defendants. | Case No.: 25CV1834 JLS MMP <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** <br><br> Date:  September 25, 2025 <br> Time:  9:00 a.m. <br> Crt Rm: 4D <br> Judge:  Honorable Janis L. Sammartino <br><br> Complaint Filed:  July 18, 2025 |

**TO ALL THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE on September 25, 2025, at 9:00 a.m., or as soon thereafter as counsel may be heard on the matter, at the U.S. District Court for the Southern District of California, 221 West Broadway, California 92101 in Courtroom 4D before the Honorable Judge Janis L. Sammartino, Defendants Equal Access Justice Fund LP, B.E. Blank Co. LP, BEB Partners LLC, and Benjamin E. Blank ("Defendants") will and hereby does move to dismiss all causes of action and claims in the Complaint pursuant to the doctrine of *forum non conveniens*, Federal Rule of Civil Procedure 12(b)(2), and Federal Rule of Civil Procedure 12(b)(6).

As set forth in the accompanying Memorandum of Points and Authorities, Defendants make this Motion on the following grounds: First, the Complaint should be dismissed for *forum non conveniens*, as the only appropriate forum at this juncture for Plaintiffs' claims is the arbitral forum in which arbitration proceedings are already pending, which proceedings Plaintiffs' have no sound basis to have enjoined by this Court. Second, this Court does not have personal jurisdiction over three of the four Defendants: B.E. Blank & Co. LP, BEB Partners LLC, and Benjamin E. Blank, and so the Complaint must necessarily be dismissed as to those Defendants. Third and finally, the Complaint fails to state a claim upon which relief can be granted, as the parties are subject to a valid and enforceable arbitration provision, and as the subject Loan Agreement is legally enforceable and does not run contrary to public policy for any of the reasons advanced by Plaintiffs.

This Motion is based on this Notice of Motion and Motion to Dismiss, the contemporaneously filed Memorandum of Points and Authorities, all pleadings and records in this case, and any such oral argument and evidence that may be allowed by the Court at the time of hearing.

///

///

///

| | | |
|---|---|---|
| Dated: August 13, 2024 | | **weintraub tobin** chediak coleman grodin<br>LAW CORPORATION |
| | By: | */s/ Darrin M. Menezes*<br>Darrin M. Menezes<br>Attorneys for Defendants<br>EQUAL ACCESS JUSTICE FUND LP,<br>B.E. BLANK COMPANY LP,<br>BEB PARTNERS LLC, and<br>BENJAMIN E. BLANK |