UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRALES LAW PC, a California professional corporation; MANUEL CORRALES, JR., a California resident,<br><br>Plaintiffs,<br><br>v.<br><br>EQUAL ACCESS JUSTICE FUND LP, a Delaware limited partnership, et al.,<br><br>Defendants. | Case No.: 25-CV-1834 JLS (MMP)<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>(ECF No. 15) |

Presently before the Court is Defendants Equal Access Justice Fund LP, B.E. Blank Company LP, BEB Partners LLC, and Benjamin E. Blank's Motion to Dismiss (ECF No. 15). The Court has also received Plaintiffs Corrales Law PC ("CLPC") and Manuel Corrales, Jr.'s Response in Opposition to Defendants' Motion to Dismiss (ECF No. 18). Pursuant to Civil Local Rule 7.1(d)(1), the Court finds the Motions appropriate to decide on the papers without oral argument. Accordingly, the Court **VACATES** the September 25, 2025, hearing on the Motion to Dismiss (ECF No. 15) and takes the matters under submission.

**IT IS SO ORDERED.**

Dated: September 11, 2025

Hon. Janis L. Sammartino
United States District Judge

1

25-CV-1834 JLS (MMP)