Manuel Corrales, Jr., SBN 117647
Attorney at Law
11939 Rancho Bernardo Road, Suite 170
San Diego, CA 92128
Tel: (858) 521-0634/Fax: (858) 521-0633
Email: mannycorrales@yahoo.com

In Pro Per

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRALES LAW PC., a California Professional Corporation; MANUEL CORRALES, JR., a California Resident,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EQUAL ACCESS JUSTICE FUND LP, a Delaware Limited Partnership; B.E. BLANK COMPANY LP, a Delaware Limited; BEB PARTNERS LLC, a limited liability corporation; BENJAMIN E. BLANK, a Florida Resident,<br><br>    Defendants. | Case No. 25-CV-01834-JLS-MMP<br><br>Assigned to: Hon. Janis Sammartino<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Plaintiffs CORRALES LAW PC., a California Professional Corporation and MANUEL CORRALES, JR., a California Resident hereby appeal in the above-named case to the United States Court of Appeals for the Ninth Circuit from (1) the judgment (entered February 6, 2026), and (2) the order granting Defendants' Motion to Dismiss Plaintiffs' Complaint (entered February 5, 2026).

DATED: February 25, 2026          MANUEL CORRALES, JR.

                                          *s/ Manuel Corrales, Jr.*
                                          Manuel Corrales, Jr., Attorney at Law, Attorney for CORRALES LAW PC, a California Professional Corporation, and In pro per

*Corrales Law PC, et al. v. Equal Access Justice Fund LP*
Case No. 25-CV-01834-JLS-MMP

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, the undersigned, whose address is 11939 Rancho Bernardo Road, Suite 170, San Diego, California 92128, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to this action;

That on February 25, 2026, I served the within: **NOTICE OF APPEAL** on all interested parties in said action: **SEE ATTACHED SERVICE LIST**

[ ]   (VIA U.S. MAIL or ~~UPS OVERNIGHT~~)  I placed [ ] the original [] a true copy thereof enclosed in a sealed envelope(s) addressed as stated on the attached mailing list and placing such envelope(s) with first class postage fees, thereon fully prepaid, in the United States Mail at San Diego on this date following ordinary business practices.

[ ]   (BY CERTIFIED MAIL)  I placed [ ] the original [ ] a true copy thereof enclosed in a sealed envelope(s) addressed as stated on the attached mailing list and placing such envelope(s), certified mail, return receipt requested postage thereon fully prepaid, in the United States Mail at San Diego on this date following ordinary business practices.

[X]   (BY ELECTRONIC TRANSMISSION)  I transmitted a true copy thereof via electronic transmission on all interested parties to the action for immediate delivery to SEE ATTACHED SERVICE LIST.

[ ]   (PERSONAL SERVICE) Personally served/Delivered to the addressed stated on the attached mailing list via DLS Attorney Service.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated: February 25, 2026                             */s/ Heather Bullman*
                                                                          Heather Bullman

**Service List**

1. Joseph Lehnert
Stephanie Scott
Keating Muething & Klekamp LLP
One East Fourth St., Suite 1400
Cincinnati, Ohio 45202
Phone : (513) 639-3964 Fax : (523) 579-6457
Email : sscott@kmklaw.com
Email : jlehnert@kmklaw.com

    *Attorney for Defendants Equal Access Justice Fund LP*